**Kelly Clark, OSB #831723**
Email: kellyc@oandc.com
**Peter B. Janci, OSB No. 074249**
E-Mail: peterj@oandc.com
**Kristian Roggendorf, OSB No. 013990**
Email: ksr@oandc.com
O'DONNELL CLARK & CREW LLP
Fremont Place II, Suite 302
1650 NW Naito Parkway
Portland, OR 97209
Telephone: (503) 306-0224
Facsimile: (503) 306-0257

    *Attorneys for Plaintiff David Doe*


**David H. Angeli, OSB No. 02024**
E-Mail:  david@hoffmanangeli.com
**Kevin M. Sali, OSB. No. 04406**
E-Mail: kevin@hoffmanangeli.com
HOFFMAN ANGELI LLP
1000 SW Broadway, Suite 1500
Portland, OR  97205
Telephone: (503) 222-1125
Facsimile:  (503) 222-7589

    *Attorneys for Defendant Richard Bolton*


**Stephen F. English, OSB No. 730843**
E-Mail: steve.english@bullivant.com
**David A. Ernst, OSB No. 851967**
E-Mail: dave.ernst@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

    *Attorneys for Church Defendants*

/ / / /

/ / / /

/ / / /

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID DOE**, an individual proceeding under a fictitious name, | Case: 3:09-CV-1523-HU |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| **CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**, a foreign corporation sole registered to do business in the State of Oregon; **CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS**, a foreign corporation sole registered to do business in the State of Oregon; **MICHAEL SIMMS**, a Utah resident; **RICHARD BOLTON, LCSW**, an Oregon resident, | |
| Defendants. | |

Pursuant to the Court's Order dated February 5, 2010 (dkt #16), the parties to this litigation respectfully submit this Joint Status Report regarding subsequent scheduling in this matter:

Plaintiff David Doe was recently returned to jail for a parole violation and is expected to be released on or before July 22, 2010.  However, the parties continue to work towards settlement and have scheduled a mediation before the Honorable Michael Hogan and the Honorable Lyle Velure, for May 14, 2010.  In preparation of the May 14 mediation, the parties are working with the federal prison system to hold Plaintiff's deposition at his place of incarceration on April 20, 2010.

/ / / /

/ / / /

The parties request that the Court continue to hold thus case in abeyance to allow them to complete mediation of this matter.

Respectfully submitted this 9th day of April, 2010.


O'DONNELL CLARK & CREW LLP                    HOFFMAN ANGELI LLP

By: /s/ Kelly Clark _____          By: /s/ David H. Angeli _____

    Kelly Clark, OSB No. 831723                     David H. Angeli, OSB No. 02024
    Peter B. Janci, OSB No. 074249                  Kevin M. Sali, OSB. No. 04406
    Kristian S. Roggendorf, OSB No. 013990          *Attorneys for Defendant Richard Bolton*
    *Attorneys for Plaintiff*


BULLIVANT HOUSER BAILEY PC

By: /s/ David A. Ernst _____

    Stephen F. English, OSB No. 730843
    David A. Ernst, OSB No. 851967
    *Attorneys for Church Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT STATUS REPORT**, upon:

Stephen English
David Ernst
BULLIVANT HOUSER BAILEY
888 SW 5th Ave. Suite 300
Portland, OR  97204

> *Of Attorneys for Church Defendants*

David Angeli
Kevin M. Sali
HOFFMAN ANGELI LLP
1000 SW Broadway Suite 1500
Portland,  OR  97205

> *Of Attorneys for Defendant Richard Bolton*

by ECF on this 9TH day of April, 2010.

O'DONNELL CLARK & CREW LLP

/s/ Kelly Clark_____
Kelly Clark, OSB #831723
Peter B. Janci, OSB #074249
Kristian S. Roggendorf, OSB#013990
*Of Attorneys for Plaintiff*